**FILED**

04/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0395

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0395

_____

L.B. individually and on behalf of D.B., a Minor,

Plaintiff and Appellant,

v.

UNITED STATES OF AMERICA; BUREAU OF INDIAN AFFAIRS; DANA BULLCOMING, agent of the Bureau of Indian Affairs sued in his individual capacity,

Defendants and Appellees.

ORDER

_____

Pursuant to Appellee United States of America's Motion to Authorize Attorney to Present Oral Argument, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED and Assistant U.S. Attorney Timothy A. Tatarka is authorized to present oral argument in this matter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 8 2022